USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/13/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CECIL SINGLETON, ET AL.,

                Plaintiffs,        12 Civ. 8465 (JGK)
                                         12 Civ. 8948 (JGK)
   - against -                13 Civ. 2172 (JGK)

KEVIN CLASH,                          ORDER

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit additional memoranda to the Court explaining the effect, if any, of the recent amendment to 18 U.S.C. § 2255(b) by **May 17, 2013**. Any responses to these memoranda may be filed by **May 24, 2013**. The parties should address whether the amendment is retroactive and whether it has any consequences for these cases.

SO ORDERED.

Dated:    New York, New York
            May 10, 2013

                                                John G. Koeltl
                                       United States District Judge